Date: 03/31/2014	Judge: <u>Ivan D. Davis</u>
	Reporter: <u>FTR</u>

Start: <u>10:00 am</u>
Finish: <u>10:02 am</u>

Civil Action Number: 1:17-cv-00034

GMF, Inc.

vs.

John Doe, et al

Appearances of Counsel for ( ✓ ) Pltf ( ) Deft
( ✓ ) Matter is uncontested
Motion to/for:

[21] Plaintiff's Motion for Default Judgment

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ✓ ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____
_____

( ✓ ) Report and Recommendation to Follow
( ) Order to Follow