## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

My Name is Nikita Alipov. I bought earlier domain gmf.com (all purchase data I have). Recently, I received few letters from the law firm (Wiley Rein) GMF Inc. by email about case No. 1:17-cv-00034 (LO-IDD).

In December, a good offer was made for domain gmf.com (by email), process of selling through the guarant company began. After receiving the domain name, ~3 January, the buyer (Finlead AG, Mr. Daniel Bruderer) refused the goods and refused returned it in the due period. Now, funds are frozen, the domain name is also blocked for any changes in the .com (VeriSign) registry. Therefore, my name can not be in Whois data.

RECEIVED MAILROOM
APR - 4 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

14 March 2017
_____
Date

_/s/_
_____
Nikita Alipov

184505, Russian Federation, Murmansk region,
Monchegorsk, Leningradskaya nab. 26/8, korp. 1, kv. 33
Tel. +7 (930) 119-7739
Email: n@monchegorsk.ru