IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GMF, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-34 |
| ) | |
| JOHN DOE and GMF.COM, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Davis dated May 24, 2017. (Dkt. No. 26). Defendants have not filed any objections to the Report and Recommendation. Based on a review of the Complaint, Motion for Default Judgment, and the supporting exhibits, the Court adopts the May 24 Report.

It is hereby ORDERED that Plaintiff's Motion for Default Judgment is **GRANTED IN PART**. Plaintiff's claim against the domain name GMF.COM is **GRANTED**. Plaintiff's claims against Defendant John Doe are **DISMISSED WITHOUT PREJUDICE**.

Further, the Court directs VeriSign, Inc. to transfer the domain name GMF.COM from its possession to Plaintiff's designated registrar, Tucows, Inc. Tucows, Inc. shall take the necessary steps to register the domain name with Plaintiff and provide Plaintiff full ownership and control of the domain name.

It is **SO ORDERED**.

June __, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge